UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Rashad Shareef Beckett**  Docket No. 7:13-CR-15-1BO

### Petition for Action on Supervised Release

COMES NOW Erik J. Graf, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Rashad Shareef Beckett, who, upon an earlier plea of guilty to Conspiracy to Possess With the Intent to Distribute and Distribute 28 Grams or More of Cocaine Base (Crack) and 500 Grams or More of Cocaine in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 22, 2013, to the custody of the Bureau of Prisons for a term of 90 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 48 months.

On April 28, 2015, pursuant to a motion for sentence reduction in accordance with 18 U.S.C. § 3582(c)(2), Beckett's term of imprisonment was reduced to 74 months imprisonment.

Rashad Shareef Beckett was released from custody on January 12, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Beckett is being supervised in the Western District of North Carolina. The supervising probation office is requesting the addition of the following conditions due to Beckett's history of selling narcotics and their district's policy of including the below conditions in cases supervised by their district. Beckett signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall refrain from excessive use of alcohol and shall not unlawfully purchase, possess, use, distribute or administer any narcotic or controlled substance or any psychoactive substances (including, but not limited to, synthetic marijuana, bath salts, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption, or any paraphernalia related to such substances, except as duly prescribed by a licensed medical practitioner.

2. The defendant shall participate in a program of testing for substance abuse if directed to do so by the probation officer. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of the testing. If warranted, the defendant shall participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise the defendant's participation in the program (including, but not limited to, provider, location, modality, duration, intensity, etc.).

3. The defendant shall submit his/her person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), or other electronic communications, or data storage devices, or media, or office, to a search conducted by a United States Probation Officer and such other law enforcement personnel as the probation officer may deem advisable, without a warrant. The defendant shall warn any other occupants that such premises may be subject to searches pursuant to this condition.

Rashad Shareef Beckett
Docket No. 7:13-CR-15-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Erik J. Graf
Erik J. Graf
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2031
Executed On: February 23, 2018

## ORDER OF THE COURT

Considered and ordered this 25 day of February, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge